THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEVEN, LLC D/B/A SEVEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:21-cv-00432-BJR<br><br>ORDER RE: STIPULATION OF EXTENSION OF TIME TO ANSWER AND FRCP 26(f) DEADLINES |

This matter came before this Court upon Stipulation of the Parties for an Extension of Time To Answer. The Court has considered all pleadings filed in this action and:

### I. STIPULATION OF TIME TO ANSWER

Being fully advised in this matter. IT IS HEREBY ORDERED that:

1. Defendant ACE Property and Casualty Company ("ACE") is granted an extension until May 24, 2021, to move, plead, or otherwise respond to the Complaint filed by Plaintiff.

2. The parties are granted an extension to May 24, 2021, to participate in the FRCP 26(f) scheduling conference.

3. The parties are granted an extension to June 7, 2021, to file their Initial Disclosures pursuant to FRCP 26(a)(1).

4. The parties are granted an extension to June 14, 2021, to submit their combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f).

DONE AND ORDERED this 30th day of April, 2021.

*Barbara J. Rothstein*
_____
THE HON. BARBARA J. ROTHSTEIN
Judge of United States District Court
Western District of Washington, at Seattle