Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEVEN, LLC D/B/A SEVEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | No. 2:21-cv-00432-BJR<br><br>STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES |

## **STIPULATION**

Defendant intends to file a dispositive motion under Fed. R. Civ. P. 12. *See* Dkt. No. 11 (Order Re: Stipulation of Extension of Time to Answer and FRCP 26(f) Deadlines).

As with the majority of the other related cases pending before this Court, *see* Dkt. #2, and in an effort to preserve judicial economy, the parties stipulate to and respectfully propose that:

1. Discovery should be stayed in this case.

2. The parties will confer about a schedule for discovery pursuant to Fed. R. Civ. P. 26 after the Court addresses the merits of the dispositive motion in this case.

IT IS SO STIPULATED.

STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES
(2:21-cv-00432-BJR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|     |                                                            |                                                           |
| --- | ---------------------------------------------------------- | --------------------------------------------------------- |
| 1   | DATED this 25th day of May, 2021                           |                                                           |
| 2   | KELLER ROHRBACK L.L.P.                                     | COZEN O'CONNOR                                            |
| 3   | *s/ Amy Williams-Derry*                                    | *s/ William F. Knowles*                                   |
| 4   | *s/ Lynn L. Sarko*                                         | *s/ Cameron D. Young*                                     |

DATED this 25th day of May, 2021

KELLER ROHRBACK L.L.P.

*s/ Amy Williams-Derry*
*s/ Lynn L. Sarko*
*s/ Ian S. Birk*
*s/ Gretchen Freeman Cappio*
*s/ Irene M. Hecht*
*s/ Gabriel E. Verdugo*
*s/ Nathan L. Nanfelt*
Amy Williams-Derry, WSBA #28711
Lynn L. Sarko, WSBA #16569
Ian S. Birk, WSBA #31431
Gretchen Freeman Cappio, WSBA #29576
Irene M. Hecht, WSBA #11063
Gabriel E. Verdugo, WSBA #44154
Nathan Nanfelt, WSBA #45273
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: awilliams-derry@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: ibirk@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: gverdugo@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

COZEN O'CONNOR

*s/ William F. Knowles*
*s/ Cameron D. Young*
William F. Knowles, WSBA # 17212
Cameron D. Young, WSBA #54232
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: (206) 340-1000
Fax: (206) 621-8783
Email: wknowles@cozen.com
Email: cdyoung@cozen.com

***Attorneys for Defendant ACE Property and Casualty Insurance Company***

STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES
(2:21-cv-00432-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

Having reviewed the foregoing Stipulation of the parties, and finding that good cause exists for the requested relief, the Court HEREBY GRANTS the relief requested, as follows:

1. Discovery is HEREBY STAYED.

2. Deadlines of the Order Regarding Initial Disclosures and Joint Status Report are HEREBY STAYED.

3. The parties SHALL CONFER about a schedule for discovery pursuant to Fed. R. Civ. P. 26 once the Court has addressed the merits of the dispositive motion in this case.

IT IS SO ORDERED.

Dated this 25th day of May, 2021.

_____
Hon. Barbara J. Rothstein

STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES
(2:21-cv-00432-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384